■ CHRISTIAN VARON, Appellant, v COUNTRY-WIDE INSURANCE COMPANY, Respondent. [45 NYS3d 904]—

Order and judgment (one paper), Supreme Court, New York County (Peter H. Moulton, J.), entered on or about September 2, 2014, which denied plaintiff's motion for summary judgment, granted defendant's cross motion for summary judgment, and declared that defendant insurance company is not required to tender the policy it issued to Adis Reckovic (the offending driver) to trigger plaintiff's right to seek underinsured motorist benefits from nonparty insurance company High Point, unanimously affirmed, without costs.

The excess coverage clause in the offending driver's policy states, in relevant part, that the driver's coverage "shall be excess over any other collectible insurance." The motion court correctly refused to interpret the phrase "any other collectible insurance" to mean "any other collectible *primary* insurance," and correctly determined that the driver's coverage is "excess" to plaintiff's High Point insurance. Concur—Mazzarelli, J.P., Manzanet-Daniels, Feinman, Webber and Gesmer, JJ. ■